IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE ASH,
    Plaintiff,

v.                                          Case No. 3:12cv270/MCR/CJK

MARSHA NICHOLS,
    Defendant.

_____

## REPORT AND RECOMMENDATION

Plaintiff commenced this action on June 6, 2012, by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Docs. 1, 2). On November 13, 2012, the Court issued an order directing plaintiff to file an amended complaint. (Doc. 5). Plaintiff was provided thirty days in which to comply with the order and was warned that failure to do so would result in a recommendation that this case be dismissed. (*Id.*).

A copy of the November 13, 2012 order was mailed to plaintiff at his address of record, Santa Rosa Correctional Institution. The mail was returned on November 19, 2012 as undeliverable, with a notice from Santa Rosa CI mail room staff that plaintiff was released from Department of Corrections' custody on July 1, 2012. (Doc. 6). The Department of Corrections' website indicates as plaintiff's stated residence upon release: "Homeless, Tallahassee, FL." *See* www.dc.state.fl.us. To

date, plaintiff has not complied with the Court's November 13, 2012 order, or notified the Court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the Court and failure to keep the Court informed of his current address.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 14th day of December, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).